NITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

                                                    CASE NO.: 09-40392-LMK
                                                    CHAPTER 13 CASE

IN RE:

CHERIE GASS TURNER

Debtor(s).
_____/

**AGREED ORDER GRANTING ADEQUATE PROTECTION TO
CREDITOR, U.S. BANK, N.A., ITS SUCCESSORS AND/OR ASSIGNS**

THIS CASE came pursuant to the motion for relief from stay filed by the creditor, **U.S. BANK, N.A., ITS SUCCESSORS AND/OR ASSIGNS** . Counsel for the debtor and the creditor announced their agreement to the Court's entry of an Agreed Order containing the following terms. Accordingly, the court grants the motion in part and denies the motion in part as follows:

1. The automatic stay shall continue in full force and effect as to the following property:

        **LOT 34, TOWER OAKS,  A SUBDIVISION AS
        PER MAP OR PLAT THEREOF RECORDED IN
        PLAT BOOK 13, PAGE 26-26A, OF THE PUBLIC
        RECORDS OF LEON COUNTY, FLORIDA.**

        A/K/A: 5556 TOWER WOOD TRL, TALLAHASSEE, FL
        32303

conditioned upon the debtor(s) compliance with the terms of this order that shall constitute adequate protection for the creditor.

2. The debtor(s) is in arrearage for the monthly payment due on February 1, 2010, and each month thereafter, Loan Account No. XXXXXX0439. Debtor(s) must send all future payments to the Movant at the following address: 4801 Frederica Street, Owensboro, KY  42301

.

3. The Debtor's post-petition arrearages are as follows:

1 Payments @ $960.71/month for 2/1/10 payment
1 Late Charge @ $39.41
3 Payments @ $949.53/month 3/1/10 through 5/1/10 Payments = $2,848.59
3 Late Charges @ $37.99/each = $113.97
TOTAL $3,962.68

Debtor(s) shall cure the post-petition arrearages by making the regular monthly payment ($949.53) and in addition a payment in the amount of $660.45 beginning with the payment due on June 1, 2010. Debtor(s) shall continue making the additional payment until the November 1, 2010 payment in order to cure the above referenced arrearages. The contract grace period (15-days) shall apply.

4. The debtor(s) shall provide proof of insurance within fifteen (15) days.

5. **U.S. BANK, N.A., ITS SUCCESSORS AND/OR ASSIGNS** shall have a right of inspection on the above referenced
property with twenty-four (24) hours notice.

6. In the event the debtor(s) defaults in any of the debtor(s) obligations to provide adequate protection under the terms of this order, the court will consider further relief from the stay as follows:

   a. The creditor shall provide Debtor(s) counsel with seventy-two (72) hour telephonic notice of default.
   b. If the Debtor(s) fail to cure the default within the seventy-two (72) hour period, the creditor shall file an Affidavit of Default and submit a proposed Ex Parte Order Granting Relief From Stay to the Court.

7. The Movant may add the attorney's fees and costs incurred as a result of filing the Motion for Relief from Stay to the mortgage debt.

DONE and ORDERED at TALLAHASSEE Florida on _____May 28, 2010_____.

_____
LEWIS M. KILLIAN JR.
UNITED STATES BANKRUPTCY JUDGE